IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-01880-LTB-MEH

_____

PARAGON INDUSTRIES, L.P., a Texas limited partnership,

Plaintiff,

v.

DENVER GLASS MACHINERY, INC., a Colorado corporation.

Defendant.

_____
**ORDER OF DISMISSAL**
_____

Before the Court is the Joint Motion to Dismiss filed by Plaintiff/Counter-Defendant, Paragon Industries, L.P. ("Plaintiff"), and Defendant/Counter-Plaintiff Denver Glass Machinery, Inc. ("Defendant"), in the above-entitled and numbered cause.

After a review of the pleadings, and the record in this matter, the Court is of the opinion and finds that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that all claims and causes of action asserted or assertable by Plaintiff against Defendant, and all claims and causes of action asserted or assertable by Defendant against Plaintiff, in this cause are hereby dismissed <u>with prejudice</u> to the refiling of same.

- -dn-150599

IT IS FURTHER ORDERED that, notwithstanding such dismissal, this Court shall retain jurisdiction for purposes of enforcing the terms and conditions of the Confidential Compromise Settlement Agreement and Mutual Release, dated January 21, 2009, entered into between Plaintiff and Defendant in this cause.

IT IS SO ORDERED.

SIGNED this  23rd  day of    January   , 2009.

     s/Lewis T. Babcock
LEWIS T. BABCOCK

2 - -dn-150599